**FILED**

SEP 22 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PATAGONIA AREA RESOURCE ALLIANCE; et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> UNITED STATES FOREST SERVICE; KERWIN S. DEWBERRY, Forest Supervisor, Coronado National Forest, <br><br> Defendants-Appellees, <br><br> and <br><br> ARIZONA STANDARD LLC; SOUTH32 HERMOSA, INC., AKA Arizona Minerals, Inc., <br><br> Intervenor-Defendants-Appellees. | No. 23-16167 <br><br> D.C. No. 4:23-cv-00280-JGZ District of Arizona, Tucson <br><br> ORDER |

Before: LEE and VANDYKE, Circuit Judges.

The motion for leave to file a reply in excess of the word limit (Docket Entry No. 15) is granted.

The motion for injunctive relief (Docket Entry No. 7) is denied. *See Feldman v. Ariz. Sec'y of State*, 843 F.3d 366, 367 (9th Cir. 2016) ("The standard for evaluating an injunction pending appeal is similar to that employed by district

OSA114

courts in deciding whether to grant a preliminary injunction."); *see also Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008) (defining standard for preliminary injunction in district court).

      The existing briefing schedule remains in effect.